**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONE HOLDINGS, INC. and KONE, INC., | ) |
| | ) |
| Plaintiffs, | ) C.A. No.: 18-00831-VAC-SRF |
| | ) |
| v. | ) |
| | ) |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO COMPLAINT

AND NOW, to wit, this 7th day of June 2018, it is hereby stipulated by and between Plaintiffs and Defendant, in the above-captioned matter, that, subject to approval by this Honorable Court, Defendant may answer, move, or otherwise respond to the Complaint in this matter, by (and including) Wednesday, July 11, 2018.

| **POTTER ANDERSON & CORROON, LLP** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
|---|---|
| */s/ David J. Baldwin* | */s/ Artemio C. Aranilla* |
| David J. Baldwin (1010) | Artemio C. Aranilla (4516) |
| 1313 North Market Street | 1007 N. Orange Street, Ste. 600 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| (302) 984-6017 | (302) 552-4354 |
| dbaldwin@potteranderson.com | acaranilla@mdwcg.com |
| *Counsel for Plaintiffs Kone Holdings, Inc. & Kone, Inc.* | *Counsel for Defendant Travelers Casualty and Surety Company of America* |

Dated: June 7, 2018

**SO ORDERED**, this _____ day of _____, 2018

_____
　　　　　　　　　　J.