# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONE HOLDINGS, INC. and KONE, INC., )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>TRAVELERS CASUALTY AND SURETY )<br>COMPANY OF AMERICA )<br> )<br>Defendant. ) | Civil Action No. 18-831-VAC-SRF |

## ORDER

At Wilmington this **22nd** day of **June 2018**,

WHEREAS, on June 1, 2018, the above-captioned matter was removed from the Superior Court of the State of Delaware by defendant Travelers Casualty and Surety Company of America (D.I. 1);

WHEREAS, this court's Local Rule 81.2 requires that "[i]n any case transferred or removed to this Court, within 21 days of the filing of the case with the Clerk, the parties shall submit a statement identifying all pending matters which require judicial action";

WHEREAS, Defendant's notice of removal is based on diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1); and

WHEREAS, the court wishes to determine the status of this matter and determine the most appropriate time to schedule a conference in this case;

NOW THEREFORE, IT IS HEREBY ORDERED that, within fourteen (14) days of the date of this Order:

(1) The parties shall jointly submit a statement to the court that: (a) provides a summary

of the procedural history leading to removal; (b) explains the basis for this court's jurisdiction; (c) identifies any pending motions requiring action by this court; (d) provides any reason why a status teleconference should not occur within 30 days of the date of its submission (or a statement indicating that such a teleconference should occur in this time frame); and (e) notes any other pending matters which require judicial action; and

    (2) The submission referenced above should be made in letter format and should be no lengthier than five single-spaced pages.

_____
Sherry R. Fallon
United States Magistrate Judge